**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JAIME RENE MARTINEZ SILVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1773-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered on July 17, 2026 [Doc. No. 7] recommending this Court deny Petitioner's Emergency Motion for Stay of Removal Pending Resolution of Petition for Writ of Habeas Corpus, or in the Alternative, for a Temporary Restraining Order [Doc. No. 5] and deny as moot his Motion to Expedite Consideration of Emergency Motion for Stay of Removal [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Mitchell is ADOPTED in its entirety. Petitioner's Emergency Motion for Stay of Removal Pending Resolution of Petition for Writ of Habeas Corpus, or in the Alternative, for a Temporary Restraining Order [Doc. No. 5] is DENIED and his Motion to Expedite Consideration of Emergency Motion for Stay of Removal [Doc. No. 6] is DENIED AS MOOT.

IT IS SO ORDERED this 12th day of August, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE